AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

GREGORY S. SMITH

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: MJ 04-M-220JLA

I, GREGORY S. SMITH, charged in a ☒ complaint ☐ petition pending in this District with _____ in violation of Title 18 USC 922, U.S.C., _____, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☒ hearing.

_____
Greg Smith
Defendant

06/02/04
Date

_____
Roger A. Cox
Counsel for Defendant