UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 04-10190-DPW |
| | ) | |
| GREGORY SMITH | ) | Violation: |
| | ) | 18 U.S.C. § 922(g)(1) – |
| | ) | Possession of a Firearm and |
| | ) | Ammunition by a Convicted |
| | ) | Felon |

## INDICTMENT

**COUNT ONE:**   18 U.S.C. § 922(g)(1) – Possession of a Firearm and Ammunition by a Convicted Felon

The Grand Jury charges that:

On or about January 27, 2004, in Brockton, in the District of Massachusetts,

**GREGORY SMITH,**

defendant herein, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Romarm Cugir, Model WASR-10, 7.62x39mm rifle, bearing serial number 30252, and ten rounds of ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, June 30, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

12:35