UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| V. | NO. 04-10190 DPW |
| GREGORY SMITH | |
| Defendant | |

NOTICE
OF
ARRAIGNMENT

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **arraignment** at **10:30 a.m.** on **Tuesday, July 13, 2004,** before Magistrate Judge Joyce London Alexander in Courtroom #24 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant must appear with counsel.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

July 8, 2004
Date

/S/ Rex Brown
Courtroom Clerk
(617) 748-9238

Notice to:   Roger Cox, Esq.
             *Via electronic filing*
             AUSA William H. Connolly, Esq.
             *Via electronic filing*

Enclosures:  Indictment