September 3, 04

To: Clerk of Court
U.S. District Court
Boston

From: Gregory S. Smith (No# MJ04-M-220 JLA)

Re: Motion to dismiss appointed
Attorney.

Dear Sir/Madam

Please find enclosed, the above mentioned Motion; To dismiss appointed Counsel. All you can do in this matter is greatly appreciated, may God Bless.

Gregory Scott Smith
#9517 Unit F5-3-305
26-Long Pond Rd.
Plymouth, Ma
02360

Respectfully Submitted

Gregory Scott Smith

*Gregory Smith* (signature)

UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
v.                         )   DOCKET NO. MJ04-M-220 JLA
                           )
Gregory Scott Smith        )

**MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY**

NOW COMES the Defendant Gregory S. Smith, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

[X]   Disagreement on strategy;

( )   Failure to obtain a bail appeal;

[X]   Lack of understanding between me and my attorney;

[X]   Failure to present my best interests;

[X]   Other:

#1 My attorney explained to me, that this court only pays him enough to worry, not to work.

#2 Spoke to Mr. Cox on telephone, he told me I had no chance at vacates, I should've thought about them, before I committed the crimes?

#3 Explained to me, Court has over burdened him!

#4 Has displayed severe prejudice to me as a person.

Thank you for your consideration.

Respectfully submitted,

Gregory S. Smith, Pro Se
26 Long Pond Road
Plymouth, MA 02360

Dated: September 3, 04

Gregory Smith

Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA  02360

United States District Court for
the District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA  02110

RE:   United States of America v. Gregory Scott Smith #9517 FS-3-305
NO: MJ04-M-220 JLA

Dear Sir/Madam:

Enclosed for action, filing and docketing regarding the above-referenced matter, please find MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY.

Kindly mark this motion up for hearing at your earliest convenience.

Very truly yours,

Gregory Scott Smith
, Pro Se

Enclosure
cc:    U.S. Attorney

Certificate of Service

Under the pains and penalties of perjury I certify that a copy of the above Motion for a motion to Dismiss Counsel and appoint New Counsel has been forward via first Class mail to the following individuals:

Clerk of Court:  ⎫
                 ⎬ → one Courthouse way
District Attorney: ⎭    Boston, ma. 02110

Date: 9-3-04

Gregory Smith
Signed