UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIM. CASE NO:
04-10190 DPW

GREGORY SMITH
        Defendant

## ORDER ON
## APPOINTMENT OF FEDERAL DEFENDER

ALEXANDER, U.S.M.J.

On November 3, 2004, the defendant in the above-entitled action appeared before this on a on a complaint from the Southern District of New York charging violations of 18 U.S.C. §922(g)(1), felon in possession of a firearm. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney <u>Charles McGinty</u> of the Federal Defender Office for the District of Massachusetts be appointed, effective as of <u>November 3, 2004</u>, to represent said defendant in this cause until further order of the Court.

    SO ORDERED.

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

BY THE COURT:
<u>/S/ Rex Brown</u>
Courtroom Clerk

<u>November 3, 2004</u>
Date