UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| V. | ) Criminal No. 04-10190-DPW ) |
| GREGORY SMTTH | ) ) ) |

## JOINT MEMORANDUM FOR INTERIM STATUS CONFERENCE

As this Court is aware, defense counsel was recently appointed to represent the defendant. Defense counsel is in the process of reviewing the discovery in the case and contemplating the filing of motions. The parties therefore request a date for Final Status Conference. In addition, the parties request that the period from November 3, 2004, to the date of the next status conference be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F).

Respectfully submitted,                    Respectfully submitted,

MICHAEL J. SULLIVAN                        GREG SMITH
United States Attorney,                    By His Attorney,
By:

_____                  _____
WILLIAM H. CONNOLLY                        CHARLES MCGINTY
Assistant U.S. Attorney
(617)748-3174

DATE:   November 3, 2004

FILED IN OPEN COURT
U.S. DISTRICT COURT
    2004
RECEIVED

-1-

11/8/04