UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES

v.

GREGORY SMITH

---

CRIMINAL NO. 04-CR-10190-DPW

## MOTION TO WITHDRAW

Appointed counsel for the defendant Gregory Smith hereby moves this honorable Court to allow him to withdraw from further representation of the defendant.

In support thereof, counsel states that there are irreconcilable differences between counsel and the defendant, and Mr. Smith's defense would be best served by the assignment of new and different counsel. It is the belief of counsel that the breakdown in communication with Mr. Smith is complete and irretrievable.

Respectfully submitted,

*Roger A. Cox*

Roger A. Cox BBO# 551514
Cox & Cox
30 Main Street
Ashland, MA 01721-1178
(508) 231-1460

DATED: October 4, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion has been served by prepaid first-class mail upon AUSA William Connolly, One Courthouse Way, Boston, MA 02210, and Gregory Smith, Plymouth House of Correction, Plymouth, MA 02360, this 4th Day of October, 2004. *Roger A. Cox*

Alexander, M.J.
MOTION ALLOWED
by the Court

11/3/04
Deputy Clerk

