UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) ) |
| V. | ) )  Criminal No. 04-10190-DPW |
| GREGORY SMTTH | ) ) ) ) |

JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

The government and the defendant jointly move to exclude the period from December 21, 2004, to the date set for Further Final Status Conference, pursuant to 18 U.S.C. 3161(h)(8)(A). It is expected that the requested exclusions will provide the parties with the necessary time to further review discovery and contemplate the filing of substantive motions.

Herein, both parties move that this Court find that the ends of justice served by granting the requested exclusions outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested period in computing the time within which trial must commence.

Respectfully submitted,          Respectfully submitted,

MICHAEL J. SULLIVAN              GREG SMITH
United States Attorney,          By His Attorney,
By:

_____        _____
WILLIAM H. CONNOLLY              CHARLES MCGINTY
Assistant U.S. Attorney

filed 12/21/04

12/21/04 allowed, m.j. allowed

-1-

FILED
Clerk's Office
USDC, Mass.
Date 12/21/04
By _____ Deputy Clerk