**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

        **V.**           **CRIMINAL NO. CR04-10190 DPW**

**GREGORY SMITH**

**ORDER OF EXCLUDABLE DELAY**

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay from: **12/21/04** until **1/27/05** for the reason checked below.

12/21/04                            /S/ Joyce London Alexander
Date                               U.S. Magistrate Judge

REFER TO DOCUMENT(S) # 15

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18 U.S.C.§3161(h)(1)(E) |
| [ ] | XE | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18 U.S.C.§3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XM | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [X] | XT | Continuance granted in the interest of justice | 18 U.S.C.§3161(h)(8) |

(04cr10190 O-EX DLY-SMITH.wpd - 01/93)        [koexcl.]