UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10190 DPW |
| | ) | |
| GREGORY SMITH | ) | |
| | ) | |

MOTION TO CONTINUE CONFERENCE

Defendant Gregory Smith respectfully moves to continue the status hearing in this matter, now scheduled for July 12, 2005. As grounds for motion, defendant states that he is unavailable due to a long-standing scheduling commitment, and would appreciate it if the Court would continue the matter for two days.

The government, by Assistant United States Attorney William Connolly, has no objection to this motion.

GREGORY SMITH,

/s/ Charles P. McGinty
Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

July 11, 2005