UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                                   )
                                   )
                                   )
        V.                          )       Criminal No. 04-10190-DPW
                                   )
                                   )
GREGORY SMITH                      )
                                   )

## JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

The government and the defendant jointly move to exclude the period from June 1, 2005 to July 14, 2005, pursuant to 18 U.S.C. 3161(h)(8)(A).  The requested exclusion will provide the parties with the necessary time to further review discovery and contemplate the filing of substantive motions.

Herein, both parties move that this Court find that the ends of justice served by granting the requested exclusions outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested period in computing the time within which trial must commence.

Respectfully submitted,       Respectfully submitted,

MICHAEL J. SULLIVAN       GREG SMITH
United States Attorney,       By His Attorney,
By:


/s/ William H. Connolly       /s/ Charles McGinty
WILLIAM H. CONNOLLY       CHARLES MCGINTY
Assistant U.S. Attorney
(617)748-3174

July 14, 2005

-1-