```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

    v.                                                    CRIMINAL NO.
                                                        04-10190-DPW

GREGORY SMITH

## **NOTICE OF SCHEDULING PRETRIAL CONFERENCE**

WOODLOCK, District Judge

    Take notice that the above-entitled case has been scheduled for a Status Conference/Initial Pretrial Conference pursuant to Local Rule 117.1, **ON DECEMBER 21, 2005 AT 11:00 A.M.**, in Courtroom #1 on the 3RD floor before the Honorable Douglas P. Woodlock.

    By **DECEMBER 14, 2005**, the parties shall, **ELECTRONICALLY,** file a Status report indicating the current status of the case, including 1) proposed trial dates, suppression hearing dates, or Rule 11 dates; 2) whether there are any pending or contemplated motions; 3) whether all or any portion of the case will be resolved short of trial; <u>4) whether any defendant requests an interpreter (and state the language requested)</u>, 5) whether any defendant is in federal or state custody or on release, and 6) whether any defendant is a fugitive, and 7) any other matters which should be addressed at the conference.

                                                        BY THE COURT,

                                                        <u>/s/ Michelle Rynne</u>
                                                        Deputy Clerk

DATED: December 12, 2005