UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10190-DPW |
| | ) | |
| GREG SMITH | ) | |
| | ) | |

<u>JOINT MEMORANDUM FOR STATUS CONFERENCE</u>

1. The parties request a March trial date, preferably March 20, 2006.

2. There are no pending motions. The defendant will likely be filing motions in limine in advance of trial.

3. It is uncertain whether the case will be resolved short of trial.

4. Defendant does not need an interpreter.

5. Defendant is in federal custody in Plymouth.

6. Defendant is not a fugitive.

7. There are no additional issues.


Respectfully submitted,              Respectfully submitted,

MICHAEL J. SULLIVAN                  GREG SMITH
United States Attorney,              By His Attorney,
By:


/s/ William H. Connolly              /s/ Charlie McGinty [WHC]
WILLIAM H. CONNOLLY                  GREG SMITH
Assistant U.S. Attorney

DATE:     December 21, 2005

-1-