UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 04-10190-DPW |
| ) | |
| GREGORY SMITH   ) | Violation: |
| ) | 18 U.S.C. § 922(d)(1) – |
| ) | Sale of a Firearm and |
| ) | Ammunition to a Felon |
| ) | |

### SUPERSEDING INFORMATION

**COUNT ONE:**   18 U.S.C. § 922(d)(1) – Sale of a Firearm and Ammunition to a Felon

On or about January 27, 2004, in Brockton, in the District of Massachusetts,

**GREGORY SMITH,**

defendant herein, sold or otherwise disposed of a firearm and ammunition, to wit: a Romarm Cugir, Model WASR-10, 7.62x39mm rifle, bearing serial number 30252, and ten rounds of ammunition, to another person, having reasonable cause to believe that such person had been convicted of a crime punishable by a term of imprisonment in excess of one year.

All in violation of Title 18, United States Code, Section 922(d)(1).

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: /s/ William H. Connolly
William H. Connolly
Assistant U.S. Attorney

DATED:   March 13, 2006

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF

**City** Brockton    **Related Case Information:**

**County** Plymouth    Superseding Ind./ Inf. X    Case No. 04-10190-DPW
Same Defendant x    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Gregory Smith    Juvenile: [ ] Yes [X] No

Alias Name: _____

Address: 30 West Chestnut Street

Birth date: ** ** 62    SS#: *** ** 7900    Sex: M    Race: W    Nationality: U.S.A.

Defense Counsel if known: Charles McGinty    Address: Federal Defender Office

Bar Number: _____

**U.S. Attorney Information:**

AUSA: William H. Connolly    Bar Number if applicable: 634501

Interpreter: [ ] Yes [X] No    List language and/or dialect: _____

Matter to be SEALED: [ ] Yes [X] No

[ ] Warrant Requested    [ ] Regular Process    [X] In Custody

**Location Status:**

Arrest Date: _____

[X] Already in Federal Custody as pre-trial detention in Plymouth
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document: [ ] Complaint [X] Information [ ] Indictment

Total # of Counts: [ ] Petty _____ [ ] Misdemeanor _____ [X] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/14/06    Signature of AUSA: _(signed)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy

Name of Defendant    Gregory Smith

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 922(d)(1) | Sale of a Firearm to a Felon | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**    Gregory Smith_____

JS 45 Sup. Inf - 3/13/02