UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CRIMINAL NO. 04-10190-DPW |
| v. | ) |
| | ) |
| GREGORY SMITH | ) |
| | ) |

## WAIVER OF INDICTMENT

Defendant GREGORY SMITH, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
Gregory Smith
Defendant

_____
Charles McGinty, Esq.
Attorney for Defendant

Date: 6/20/06