UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.   )<br>)<br>GREGORY SMITH   ) | CRIMINAL NO. 04-10190-DPW |

### DISMISSAL OF INDICTMENT

The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the Indictment against the defendant in this matter. As grounds for the instant dismissal, the undersigned states that the defendant has been sentenced on a one-count Superseding Information, and the government agreed to dismiss the Indictment upon imposition of sentence on the Superseding Information.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: WILLIAM H. CONNOLLY
Assistant U.S. Attorney
(617) 748-3174

June 20, 2006

Leave To File Granted:

DOUGLAS P. WOODLOCK
United States District Judge

Date: June 20, 2006